UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIA B. DAVIS,

                        Plaintiff,                      17 **CIVIL** 8029 (VB)

      -against-                                    **JUDGMENT**

CITY OF MOUNT VERNON; MOUNT
VERNON POLICE DEPARTMENT; POLICE
OFFICER DERVIN CHERY; POLICE
OFFICER EDUARDO BAERGA; POLICE
OFFICER TIMOTHY W. BRILEY; POLICE
OFFICER DARIUS M. MITCHELL; POLICE
OFFICER ROBERT F. KRESSMAN;
SERGEANT MICHAEL MARCUCULLI; and
POLICE OFFICERS JANE & JOHN DOES,
                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2020, Defendants' motion for summary judgment (Doc. #47 is granted, and Plaintiff's cross-motion for summary judgment (Doc. ## 45, 55) are denied; accordingly, this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore <u>in forma pauperis</u> statues is denied for the purpose of an appeal.

**Dated:**  New York, New York
          June 24, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
                        **BY:**
                                                    **Deputy Clerk**